**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-7339

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

     v.

MICHAEL ANTHONY JENKINS, a/k/a Domonique Jenkins, a/k/a Todd
Jenkins, a/k/a Tone,

             Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Rebecca Beach Smith, Chief
District Judge.  (2:93-cr-00081-2)

Submitted:  November 19, 2012      Decided:  November 29, 2012

Before WILKINSON and FLOYD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael Anthony Jenkins, Appellant Pro Se.  William David Muhr,
Melissa Elaine O'Boyle, Assistant United States Attorneys,
Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Anthony Jenkins appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Jenkins, No. 2:93-cr-00081-2 (E.D. Va. July 23, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED